# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

JOSEPH CRAFT, JULIE STEVENS,
AND WESLEY OLDAKER

VERSUS

LOUISIANA DEPARTMENT OF
TRANSPORTATION, LLC., CALEB
SHELDON, AND NATIONAL UNION
FIRE INSURANCE COMPANY OF
PITTSBURGH, PA

NO.   2026 CW 0671

JUNE 18, 2026

---

In Re:    Wal-Mart Transportation, LLC and Caleb Sheldon, applying
          for supervisory writs, 18th Judicial District Court,
          Parish of Pointe Coupee, No. 52158.

---

BEFORE:    WOLFE, STROMBERG, AND EDWARDS, JJ.

   **STAY DENIED; WRIT DENIED.** The criteria set forth in **Herlitz Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

EW
TPS
BDE

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT